

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

EAG/JDG/AH
F.#2009R01500

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

August 9, 2010

By Federal Express

Michael Gold, Esq.
350 Fifth Ave, Suite 4400
New York, New York 10118

       Re:  United States v. Dmitriy Yakovlev, et al.
            Criminal Docket No. 09-587 (ILG)

Dear Mr. Gold:

      Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the following additional discovery in the above-captioned case.  The government also renews its request for reciprocal discovery.

      Enclosed is an additional report detailing certain statements made by the defendant Dmitriy Yakovlev on the date of his arrest.  If you have further questions or requests, please contact us.

                               Very truly yours,

                               LORETTA E. LYNCH
                             United States Attorney

                    By:  /s/Elizabeth A. Geddes
                         Elizabeth A. Geddes
                         James D. Gatta
                         Amanda Hector
                         Assistant U.S. Attorneys

Enclosure

cc:  Clerk of Court (ILG) (by ECF) (w/o enclosure)