

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JDG/EAG/AH
F.#2009R01500

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

August 30, 2010

<u>By Federal Express</u>

Michael Gold, Esq.
350 Fifth Ave, Suite 4400
New York, New York 10118

Alex Grosshtern, Esq.
225 Broadway, Suite 630
New York, New York 10007

   Re: <u>United States v. Dmitriy Yakovlev, et al.</u>
     <u>Criminal Docket No. 09-587 (ILG)</u>

Dear Counsel:

  Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the following additional discovery in the above-captioned case.  The government also renews its request for reciprocal discovery.

  Enclosed are copies of the following materials:

| Ex | Description |
|---|---|
| 175 | Draft transcriptions of certain recorded telephone calls from the Metropolitan Detention Center, Brooklyn, New York, dated July 31, 2009 and August 1, 2, 4, 5, 12 and 13, 2009 |
| 176 | Draft transcriptions of certain recorded telephone calls from the Metropolitan Detention Center, Brooklyn, New York, dated August 16, 19 and 25, 2009 and September 1, 9, 10, 17, 18 and 19, 2009 |

Case 1:09-cr-00587-ILG   Document 84   Filed 08/31/10   Page 2 of 3

Michael Gold, Esq.
Alex Grosshtern, Esq.
August 30, 2010
Page 2

| Ex | Description |
|----|-------------|
| 177 | Draft transcriptions of certain recorded telephone calls from the Metropolitan Detention Center, Brooklyn, New York, dated August 16, 2009 and September 17, 2009 |
| 178 | Draft transcription of a recorded telephone call from the Metropolitan Detention Center, Brooklyn, New York, dated August 20, 2009 |
| 179 | Draft transcription of a recorded telephone call from the Metropolitan Detention Center, Brooklyn, New York, dated September 19, 2009 |
| 180 | Draft transcription of a recorded telephone call from the Metropolitan Detention Center, Brooklyn, New York, dated September 21, 2009 |
| 181 | AT&T Telephone records for telephone number (917) 973-3378, subscribed to by Aleksander Basalyga, dated July 1, 2003 to September 1, 2004 (Bates-numbered 000000001 to 000000083) |
| 182 | FBI Laboratory Report of Examination dated August 20, 2010 regarding, among other things, examination of (a) the pair of women's underwear seized during the search of the basement of the defendants's residence; (b) a Halloween-type mask found near the human remains discovered on January 8, 2006, later determined to be those of Viktor Alekseyev; and (c) pieces of carpet and carpet padding obtained from a consent search of a Ford Expedition automobile that previously belonged to the defendants |
| 183 | Compact Disc ("CD") containing recorded telephone calls from the Metropolitan Detention Center, Brooklyn, New York that were recorded between July 13, 2010 and August 3, 2010 (defendants Dmitriy Yakovlev and Julia Yakovlev are captured speaking on the recorded calls) |
| 184 | CD containing still images from security camera video footage captured at the Century 21 retail department store located at 1085 Old Country Road, Westbury, New York on or about October 19, 2007 |
| 185 | CD containing security camera photographs taken at a Commerce Bank located in Brooklyn, New York on or about October 19 and October 22, 2007 |

Michael Gold, Esq.
Alex Grosshtern, Esq.
August 30, 2010
Page 3

      If you have further questions or requests, please contact us.

                              Very truly yours,

                              LORETTA E. LYNCH
                              United States Attorney

                    By:   /s/James D. Gatta
                          James D. Gatta
                          Elizabeth A. Geddes
                          Amanda Hector
                          Assistant U.S. Attorneys

Enclosures

cc:  Clerk of Court (ILG) (by ECF) (w/o enclosures)