

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JDG/EAG/AH　　　　　　　　　　　　*271 Cadman Plaza East*
F.#2009R01500　　　　　　　　　　　*Brooklyn, New York  11201*

August 30, 2010

By First Class Mail

Dmitriy Yakovlev (Reg. # 77482-053)
MDC Brooklyn
Metropolitan Detention Center
P.O. Box 329002
Brooklyn, NY 11232

　　　　　Re:　United States v. Dmitriy Yakovlev, et al.
　　　　　　　 Criminal Docket No. 09-587 (S-1) (ILG)

Dear Mr. Yakovlev:

　　　　Pursuant to your request and the procedures of the Brooklyn Metropolitan Detention Center (the "MDC"),[1] enclosed is an additional set of discovery, referred to in the government's enclosed discovery letter dated August 30, 2010.

　　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　　LORETTA E. LYNCH
　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　By:　/s/James D. Gatta
　　　　　　　　　　　　　　　　James D. Gatta
　　　　　　　　　　　　　　　　Elizabeth A. Geddes
　　　　　　　　　　　　　　　　Amanda Hector
　　　　　　　　　　　　　　　　Assistant U.S. Attorneys

Enclosures

cc:　Clerk of the Court (ILG) (by ECF) (w/o enclosures)
　　　Michael Gold, Esq. (by ECF) (w/o enclosures)

---

　　　[1]　The MDC has advised that it will not accept receipt of a package unless it is addressed to an inmate.