

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JDG/EAG/AH
F.#2009R01500

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

September 2, 2010

<u>By Federal Express</u>

Michael Gold, Esq.
350 Fifth Ave, Suite 4400
New York, New York 10118

Alex Grosshtern, Esq.
225 Broadway, Suite 630
New York, New York 10007

      Re:  <u>United States v. Dmitriy Yakovlev, et al.</u>
          <u>Criminal Docket No. 09-587 (ILG)</u>

Dear Counsel:

    Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the following additional discovery in the above-captioned case.  The government also renews its request for reciprocal discovery.

    Upon their arrest on July 24, 2009, the defendants Dmitriy Yakovlev and Julia Yakovlev made statements to law enforcement.  Copies of reports documenting the defendants' statements – which have been previously produced to the defendants individually – are enclosed as Discovery Exhibits 191 through 193.  Please be advised that (1) the government intends to introduce Dmitriy Yakovlev's statements without redaction, and (2) because some of Julia Yakovlev's statements facially implicate Dmitriy Yakovlev, the government intends to admit a redacted version of Julia Yakovlev's statements to remove any mention of Dmitriy Yakovlev.  <u>See</u> <u>Bruton v. United States</u>, 391 U.S. 123 (1968); <u>Richardson v. Marsh</u>, 481 U.S. 200 (1987).

Michael Gold, Esq.
Alex Grosshtern, Esq.
September 2, 2010
Page 2

      If you have further questions or requests, please contact us.

                        Very truly yours,

                        LORETTA E. LYNCH
                        United States Attorney

              By:  /s/ Elizabeth A. Geddes
                    James D. Gatta
                    Elizabeth A. Geddes
                    Amanda Hector
                    Assistant U.S. Attorneys

Enclosures

cc:  Clerk of Court (ILG) (by ECF) (w/o enclosures)