

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

---

JDG/EAG/AH                             *271 Cadman Plaza East*
F.#2009R01500                          *Brooklyn, New York  11201*


                                       September 2, 2010


By First Class Mail

Dmitriy Yakovlev (Reg. # 77482-053)
MDC Brooklyn
Metropolitan Detention Center
P.O. Box 329002
Brooklyn, NY 11232

              Re:  United States v. Dmitriy Yakovlev, et al.
                   Criminal Docket No. 09-587 (S-1) (ILG)

Dear Mr. Yakovlev:

          Pursuant to your request and the procedures of the
Brooklyn Metropolitan Detention Center (the "MDC"),[1] enclosed is
an additional set of discovery, referred to in the government's
enclosed discovery letter dated September 2, 2010.

                              Very truly yours,

                              LORETTA E. LYNCH
                              United States Attorney

                        By:  /s/Elizabeth A. Geddes
                             James D. Gatta
                             Elizabeth A. Geddes
                             Amanda Hector
                             Assistant U.S. Attorneys

Enclosures

cc:  Clerk of the Court (ILG) (by ECF) (w/o enclosures)
     Michael Gold, Esq. (by ECF) (w/o enclosures)

---

     [1]     The MDC has advised that it will not accept receipt of
a package unless it is addressed to an inmate.