

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JDG/EAG/AH
F.#2009R01500

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP - 9 2010 ★

BROOKLYN OFFICE

Courtesy Copy
Original Filed Electronically

September 8, 2010

By ECF

The Honorable I. Leo Glasser
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: United States v. Dmitriy Yakovlev, et al.
           Criminal Docket No. 09-587 (S-1) (ILG)

Dear Judge Glasser:

      The government respectfully submits this letter in connection with the filing of the parties' pretrial motions in the above-referenced case. The parties' motions are presently due on September 13, 2010, with responses due on September 27, 2010. A hearing with respect to the parties' motions is presently scheduled for October 8, 2010 at 11:00 a.m. Time under the Speedy Trial Act is presently excluded from May 18, 2010 (the date of the last status conference in this matter) until September 13, 2010, pursuant to Title 18, United States Code, Section 3161(h)(7)(A).

      The government respectfully requests that the Court grant the parties an extension of four days - until September 17, 2010 - by which to file their pretrial motions. In addition, the government respectfully requests that the government's and the defendants' responses to any pretrial motions be due on October 1, 2010. Should the Court grant the government's request for an extension of time, the government respectfully requests that time between September 13, 2010 and September 17, 2010, the date upon which the parties' motions will be filed, be excluded under the Speedy Trial Act, pursuant to Title 18, United States Code, Section 3161(h)(7)(A), for the reasons set forth on the record at the May 18, 2010 status conference. Counsel for defendant Dmitriy Yakovlev, Michael Gold, Esq., and counsel for

The Honorable I. Leo Glasser
September 8, 2010
Page 2

defendant Julia Yakovlev, Alex Grosshtern, Esq., each consent to each of the requests detailed above.

Thank you for your consideration of these requests.

Respectfully submitted,

LORETTA E. LYNCH
United States Attorney

By: /s/James D. Gatta
James D. Gatta
Elizabeth A. Geddes
Amanda Hector
Assistant U.S. Attorneys
(718) 254-6356/6430/6212

cc: Clerk of Court (ILG) (by ECF)
Michael Gold, Esq. (by ECF)
Alex Grosshtern, Esq. (by ECF)

*Granted*
*So Ordered*
/s/ ILG
9/8/10