

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JDG/EAG/AH
F.#2009R01500

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

September 14, 2010

<u>By Federal Express</u>

Michael Gold, Esq.
350 Fifth Ave, Suite 4400
New York, New York 10118

Alex Grosshtern, Esq.
225 Broadway, Suite 630
New York, New York 10007

      Re:  United States v. Dmitriy Yakovlev, et al.
           <u>Criminal Docket No. 09-587 (S-1) (ILG)</u>

Dear Counsel:

    Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the following additional discovery in the above-captioned case.  The government also renews its request for reciprocal discovery.

    Enclosed are copies of the following materials:

| Ex | Description |
|----|-------------|
| 194 | Cablevision telephone records for telephone number (718) 333-9369, subscribed to by "Ravie Khassanchin", for the time period from December 1, 2005 through February 1, 2006 |
| 195 | Citibank records for a "Variable Rate Ready Credit Account" in the name of Viktor Alekseyev, with account number ending in "0032" for the time period from January 3, 2006 through August 3, 2006 |
| 196 | Sprint telephone records for telephone number (917) 449-0388, subscribed to by "Sergey Avtushko," for the time period from September 1, 2003 through June 30, 2004 |

Michael Gold, Esq.
Alex Grosshtern, Esq.
September 14, 2010
Page 2

| Ex | Description |
|---|---|
| 197 | Sprint telephone records for telephone number (347) 392-1087, subscribed to by "Pasquale Lari," for the time period from January 1, 2004 through March 20, 2004 |
| 198 | Sprint telephone records for telephone number (917) 662-6670, subscribed to by "Tamara Avetisyian," for the time period from January 1, 2004 through March 1, 2004 |
| 199 | T-Mobile telephone subscriber record for telephone number (917) 660-8450, subscribed to by "Natalie Sokol," for the time period from September 1, 2005 through January 31, 2006 |
| 200 | Verizon telephone records for telephone number (718) 787-9640, subscribed to by "Larisa Malytska," for the time period from December 1, 2005 through January 1, 2006 |
| 201 | Verizon telephone subscriber records for telephone number (973) 482-9438, subscribed to by "Harrison Auto Body," for the time period from January 1, 2004 through August 1, 2004 |
| 202 | AT&T telephone records for telephone number (917) 515-8590, subscribed to by "Galina Barkhan," for the time period from June 1, 2003 through June 30, 2004 |
| 203 | AT&T telephone records for telephone number (718) 473-7560, subscribed to by "Gulmira Wilson," for the time period from November 1, 2005 through February 28, 2006 |
| 204 | AT&T telephone records for telephone number (718) 249-5398, subscribed to by "Sergey Vozny," for the time period from November 1, 2005 through February 28, 2006 |
| 205 | AT&T telephone records for telephone number (917) 753-7230, subscribed to by "Vladimir Kigel," for the time period from October 1, 2003 through January 31, 2004 |
| 206 | Photographs of a video cassette tape found near the human remains discovered on January 8, 2006, later determined to be those of Viktor Alekseyev[1] |

---

[1]   The contents of the video cassette tape were previously produced on a digital video disc as Discovery Exhibit 162.

Michael Gold, Esq.
Alex Grosshtern, Esq.
September 14, 2010
Page 3

| Ex | Description |
|---|---|
| 207 | Compact Disc ("CD") containing recorded telephone calls from the Metropolitan Detention Center, Brooklyn, New York ("MDC") that were recorded between July 13, 2010 and August 26, 2010 (defendants Dmitriy Yakovlev and Julia Yakovlev are captured speaking on the recorded calls) |
| 208 | Photographs taken in connection with the execution of the Search Warrants for (a) Safety Deposit Box Number 1083 at JP Morgan Chase Bank, Located at 2623 East 17th Street, Brooklyn, New York; (b) Safety Deposit Box Number 1252 at Astoria Federal Savings Bank, Located at 489 Neptune Avenue, Brooklyn, New York; and (c) Safety Deposit Box Number 1520 at Astoria Federal Savings Bank, Located at 489 Neptune Avenue, Brooklyn, New York (Bates numbered 1 to 58) |
| 209 | Photographs of locations in Brooklyn, New York (Bates numbered 1 to 35) |
| 210 | Photographs taken in connection with the execution of a consent search of a Ford Expedition automobile that previously belonged to defendant Dmitriy Yakovlev on March 11, 2010 |
| 211 | Delta Airlines records regarding Viktor Alekseyev's unused ticket from New York, New York to Moscow, Russia on December 20, 2010, and Alekseyev's intended return flight from Moscow to New York on March 20, 2010 |
| 212 | CD containing crime scene photographs regarding the discovery of human remains on or about January 8, 2006, later determined to be those of Viktor Alekseyev[2] |

     The search warrants described in Discovery Exhibit 208 (and the affidavit in support of those search warrants) were previously provided as Discovery Exhibit 174.  Those search warrants were each executed on November 16, 2009.  Safety Deposit Box Number 1083 at JP Morgan Chase Bank, located at 2623 East 17th Street, Brooklyn, New York was found to be empty.  Safety Deposit Box Number 1252 at Astoria Federal Savings Bank, Located

---

    [2]    Hard copies of these photographs were previously provided as Discovery Exhibit 2.

Michael Gold, Esq.
Alex Grosshtern, Esq.
September 14, 2010
Page 4

at 489 Neptune Avenue, Brooklyn, New York was also found to be empty.  Safety Deposit Box Number 1520 at the same Astoria Federal Savings Bank location contained approximately 20 pamphlets, printed in Russian, which appear to be appraisals for jewelry.

  A consent search of a Ford Expedition automobile that previously belonged to defendant Dmitriy Yakovlev was executed on March 11, 2010.  A variety of items were collected for hair, fiber, trace evidence and forensic examinations, including: (a) pieces of carpet; (b) sections of carpet padding; (c) vacuum sweepings; (d) control fabric samples; (e) debris; (f) a piece of foam; (g) a band-aid; (h) zip ties; (i) a zipper; (j) a piece of tape; and (k) pieces of paper.

  The search warrant for One White 2004 Lexus With New York Licence Plate Number BWX 1907, an automobile belonging to the defendants, was executed on July 20, 2010.  That search warrant, the affidavit in support, and photographs detailing the execution of the search warrant were previously provided as Discovery Exhibits 168 and 169.  A variety of items were collected for hair, fiber, trace evidence and forensic examinations, including: (a) pieces of carpet; (b) a blanket; and (c) vacuum sweepings.

  Should you wish to arrange a time to inspect, copy, and/or photograph any physical evidence and original documents or items in the government's possession, please contact us.

Michael Gold, Esq.
Alex Grosshtern, Esq.
September 14, 2010
Page 5

    If you have further questions or requests, please contact us.

                         Very truly yours,

                         LORETTA E. LYNCH
                         United States Attorney

                    By:  <u>/s/James D. Gatta</u>
                          James D. Gatta
                          Elizabeth A. Geddes
                          Amanda Hector
                          Assistant U.S. Attorneys

Enclosures

cc:  Clerk of Court (ILG) (by ECF) (w/o enclosures)