

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JDG/EAG/AH                      *271 Cadman Plaza East*
F.#2009R01500                   *Brooklyn, New York  11201*

September 14, 2010

By First Class Mail

Dmitriy Yakovlev (Reg. # 77482-053)
MDC Brooklyn
Metropolitan Detention Center
P.O. Box 329002
Brooklyn, NY 11232

       Re:  United States v. Dmitriy Yakovlev, et al.
           Criminal Docket No. 09-587 (S-1) (ILG)

Dear Mr. Yakovlev:

    Pursuant to your request and the procedures of the Brooklyn Metropolitan Detention Center (the "MDC"),[1] enclosed is an additional set of discovery, referred to in the government's enclosed discovery letter dated September 14, 2010.

                           Very truly yours,

                           LORETTA E. LYNCH
                         United States Attorney

               By:  /s/James D. Gatta
                    James D. Gatta
                    Elizabeth A. Geddes
                    Amanda Hector
                    Assistant U.S. Attorneys

Enclosures

cc:  Clerk of the Court (ILG) (by ECF) (w/o enclosures)
     Michael Gold, Esq. (by ECF) (w/o enclosures)

---

     [1]    The MDC has advised that it will not accept receipt of a package unless it is addressed to an inmate.