UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------x
UNITED STATES OF AMERICA,

                Plaintiff,                MOTION SCHEDULE
                                                        09 CR 587 (ILG) (S-1)

    -against-

DMITRIY YAKOVLEV, et al.,

                Defendants.
-------------------------------------------------x
GLASSER, United States District Judge:

    The following motions have been filed:

    <u>By Dmitriy Yakovlev</u>

    Pursuant to Rules 12 and 41, Fed. R. Cr. P.

    1.  To suppress evidence seized from 4614 Surf Avenue, Brooklyn, N.Y.;

    2.  To suppress evidence seized from a white 2004 Lexus LX 470 with New York license plate BWX 1907;

    3.  To suppress evidence seized from body parts and bags;

    4.  To preclude evidence of photographs of body parts and forensic evidence from body parts.

    <u>By Julia Yakovlev</u>

    1.  For separate trial pursuant to Rule 8, Fed. R. Cr. P., or

    2.  For separate trial pursuant to Rule 14, Fed. R. Cr. P.

    <u>By the Government</u>

    Motion in limine to:

    1.  Admit evidence of the charged crimes;

    2.  Admit evidence of uncharged acts against the defendants;

3. Admit evidence of statements made by Michael Klein and Viktor Alekseyev or intentions regarding future conduct;

4. Admit videotape deposition of Tamara Alekseyev.

A detailed explication of those motions is set out in the Government's Memorandum of Law in support of them. Docket # 101.

The government is hereby directed to serve and file responses to the motions by each defendant on or before October 12, 2010.

The defendants shall serve and respond to the government's motions on or before October 12, 2010. In addition, the defendants are directed to file and serve any other motions required to be made as prescribed by Rule 12(b)(3), on or before October 18, 2010.

Oral argument on the motions noted above which have already been filed will be heard at 10:30 a.m. on October 22, 2010.

SO ORDERED.

Dated:    Brooklyn, New York
          September 20, 2010

                                                    S/
                                            _____
                                            I. Leo Glasser