UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA

    -against-

DMITRIY YAKOVLEV

    -Defendant-

Ind. No. 09 CR 587 (ILG)

ORDER

------------------------------------------------------------X

Upon the application of MICHAEL H. GOLD, ESQ., attorney for defendant Dmitriy Yakovlev, it is hereby ORDERED that:

1. Dr. Albert Harper be compensated at an hourly rate of $250.00 for his previously authorized consultation in connection with the preparation of the defense..

Dated: New York, New York
       September 15, 2011

                          S/ILG

                          Hon. I Leo Glasser
                          United States District Judge

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ SEP 15 2011 ★
BROOKLYN OFFICE